AO91 (Rev. 12/03) Criminal Complaint

**FILED**
October 27, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**UNITED STATES OF AMERICA**
**V.**
Darvin Udiel LOPEZ NICOLAS

**CRIMINAL COMPLAINT**

**Case Number: PE: 26-MJ-413**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 10/22/2026 in Presidio County, in the Western District Of Texas defendant(s) did,

bring to or attempt to bring to the United States in any manner whatsoever an alien, knowing such person is an alien to the United States, at a place other than a designated port of entry or at a place other than as designated by the Commissioner. Defendant committed the aforementioned violation for the purpose of commercial advantage or private financial gain.

attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of

in violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(i) & (a)(1)(B)(i),1326(a)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The Defendant, Darvin Udiel LOPEZ NICOLAS, was arrested by Marfa Border Patrol Agents, on October 22, 2026, for being an illegal alien present in the United States. Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 03/10/2021 through Brownsville/gateway. The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded. The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Adrian Flores
Signature of Complainant

Adrian Flores
Printed Name of Complainant

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

10/27/2026 at Pecos, TX
Date City/State

David Fannin U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

Darvin Udiel LOPEZ NICOLAS

FACTS (CONTINUED)

Immigration History:
The DEFENDANT has been deported 3 time(s), the last one being to MEXICO on March 10, 2021, through BROWNSVILLE/GATEWAY

Criminal History:
None Found

# AFFIDAVIT

**United States of America v.**
**Defendant:**

1. Lopez Nicolas, Darvin Udiel

I, Adrian Flores, Border Patrol Agent, being duly sworn, depose and state the following:

On October 22, 2026, agents encountered four individuals concealed in the brush south of Marfa, Texas. Agents identified themselves as U.S. Border Patrol agents and questioned the individuals regarding their citizenship and immigration status. Three female subjects stated they were citizens of Venezuela, and one male subject stated he was a citizen of Mexico. None of the individuals possessed documentation authorizing them to enter, reside, work, or travel in the United States. All four subjects were placed under arrest and transported to the Marfa Border Patrol Station for further processing.

Agents conducted a post-Miranda interview with the Mexican male subject identified as Darvin Udiel Lopez-Nicolas. He stated that a human-smuggling facilitator contacted him and offered to waive his $7,000 smuggling fee if he agreed to guide a group of illegal aliens from Ojinaga, Mexico, to Marfa, Texas. Lopez-Nicolas agreed to the arrangement.

Lopez-Nicolas stated that he guided two adult females and one juvenile female through an area west of Ojinaga, Mexico, known as Las Conchas. He acknowledged that the group entered the United States at a location other than a designated port of entry and that he knew it was unlawful to guide the group farther into the United States.

According to Lopez-Nicolas, his role was to guide the group to Marfa, Texas, by circumventing the Border Patrol checkpoint and a load driver would pick them up and transport them to Odessa, Texas. From Odessa, the individuals were expected to travel separately. Lopez-Nicolas stated that he intended to travel to Florida, while the three females intended to travel to Houston, Texas.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Adrian Flores

Border Patrol Agent
Adrian Flores

David Fannin

United States Magistrate Judge
David B. Fannin